# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## NOTICE OF APPEAL

United States of America
**Plaintiff**
vs.

Case Number: 2:11-04034-01-CR-BCW

Robert Earl Foster
**Defendant**

Brian C. Wimes
**United States District Judge**

Notice is hereby given that <u>Robert Earl Foster</u> appeals to the United States Court of Appeals for the Eighth Circuit From the: <u>Judgment & Commitment</u> entered on this action <u>June on 3, 2014</u>.

Name of Counsel:
Kevin O'Brien, (CJA)

Telephone Number:
(573) 447-0683

Street Address:
401 Stalcup Street

SSN (for CJA compensation):
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

City:          State:       Zip:
Columbia       MO           65203

Signature of Attorney

Date
06/16/14

## TRANSCRIPT ORDER FORM

To be completed by attorney for appellant

Please prepare transcript of:

Defendant's change of plea to guilty
Defendant's sentencing

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: CJA Form 24

Attorney's signature:                                Date: June 16, 2014

# INFORMATION SHEET

## To be completed by Attorney for Appellant

1. Defendant's Address: Cole County Jail, 301 E. High Street, Jefferson City Mo 65101

2. Date of verdict: n/a

   Offenses: Felon in Possession of a firearm

   Trial Testimony: n/a   Number of days: n/a        Bail Status: in custody

3. Sentence and Date Imposed:  June 3, 2014

4. Date Trial Transcripts Ordered by Counsel or District Court: n/a

5. Trial Counsel was: appointed

   Does Defendant's financial status warrant appointment of counsel on appeal? Yes

   Affidavit of financial status filed: 08/30/2011

   Is there any reason why trial counsel should not be appointed as counsel on appeal? No

6. Assistant United States Attorney:  Larry Miller, (573) 634-3890

## COURT REPORTER ACKNOWLEDGMENT

_____        _____        _____
Date Order Received            Estimated Completion Date     Estimated No. of Pages

_____
Court Reporter's Signature                                   Date