# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 20, 2014

Mr. Kevin O'Brien I
HARPER & EVANS
Suite 401
401 Locust Street
Columbia, MO  65201

      RE:  14-2476  United States v. Robert Foster

Dear Counsel:

      The district court has transmitted a notice of appeal in this criminal matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      **You are directed to notify the clerk's office of Mr. Foster's mailing address once he is placed into the penal system.**

      A CJA Form 20 providing for your appointment will be forwarded under a separate notice of docket activity. If you are receiving this letter by electronic noticing, your CJA Form 20 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 20. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 20 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

      Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

       media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
        media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
        media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (DCD 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Ms. Denise Catherine Halasey
    Mr. Lawrence E. Miller
    Ms. Ann Thompson

    District Court Case Number: 2:11-cr-04034-BCW-1

**Caption For Case Number:   14-2476**

United States of America

        Plaintiff - Appellee

v.

Robert Earl Foster, also known as Charles Edward Foster

        Defendant - Appellant

**Addresses For Case Participants:   14-2476**

Mr. Kevin O'Brien I
HARPER & EVANS
Suite 401
401 Locust Street
Columbia, MO  65201

Ms. Denise Catherine Halasey
Room 7430
400 E. Ninth Street
Kansas City, MO  64106

Mr. Lawrence E. Miller
U.S. ATTORNEY'S OFFICE
Western District of Missouri
Suite 2100
80 Lafayette Street
Jefferson City, MO  65101-0117

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO  65101