# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### OFFICE OF THE CLERK

ANN THOMPSON  
COURT EXECUTIVE

ROOM 310, U.S. COURTHOUSE  
JEFFERSON CITY, MO 65101

July 22, 2014

Mr. Michael Gans, Clerk  
U.S. Court of Appeals  
111 S. 10th Street  
St. Louis, MO 63102

      RE: Robert Earl Foster  
            11-4034-01-CR-C-BCW  
            USCA Number 14-2476

Dear Clerk:

    Attached is the Record On Appeal in the above criminal action. Included in the record is the Sentencing Transcript, the Statement of Reasons, the Presentence Investigation Report and the Amended Presentence Investigation Report Addendum.

                    Very truly yours,

                    Ann Thompson, Court Executive

                    By L. Bax  
                       Deputy Clerk